EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re,<br>Enmienda a la Regla 11.1.1 del Reglamento para la Admisión de Aspirantes al Ejercicio de la Abogacía y la Notaría | 2007 TSPR 182<br><br>172 DPR \_\_\_\_ |
| --- | --- |

Número del Caso: EJ-2007-7

Fecha: 19 de octubre de 2007

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO
JUNTA EXAMINADORA DE ASPIRANTES AL EJERCICIO
DE LA ABOGACÍA Y LA NOTARÍA


In re,
Enmienda a la Regla 11.1.1 del
Reglamento para la Admisión de
Aspirantes al Ejercicio de la
Abogacía y la Notaría            Num. EJ-2007-7


**RESOLUCIÓN**


San Juan, Puerto Rico a 19 de octubre de 2007.

Al amparo del poder inherente de este Tribunal para regular la admisión y el ejercicio de la práctica de la abogacía y la notaría, y conforme a lo dispuesto en la Regla 15.4 del Reglamento para la Admisión de Aspirantes al Ejercicio de la Abogacía y la Notaría, del mes de junio de 1998, se enmienda la Regla 11.1.1 del citado reglamento, para que exprese lo siguiente:

Regla 11.1.1 Sólo podrán solicitar una reconsideración aquellos aspirantes con la calificación de no aprobado que hayan obtenido una puntuación final en su reválida hasta quince (15) puntos ajustados cercanos a la puntuación mínima para aprobar un examen de reválida en particular. De transcurrir el término para solicitar la admisión al próximo examen que se administrará, se extenderá dicho término para los aspirantes que tengan recursos pendientes.

Esta enmienda entrará en vigor a partir de la reválida que será administrada en marzo de 2008.

Publíquese.

Lo acordó el Tribunal y lo certifica la Secretaria del Tribunal Supremo. La Juez Asociada señora Fiol Matta no intervino.


Aida Ileana Oquendo Graulau
Secretaria del Tribunal Supremo